IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT AIENNE CHAPOLINI, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-2629 |
| | : | |
| v. | : | |
| | : | |
| ANTHONY CAPODANNO #0119, | : | |
| KEVIN DONOHUE #0026, JAMES | : | |
| FLORES #0125, WALTER MCDONALD | : | |
| (Station Security), and THOMAS | : | |
| JOHNSON (Captain) #0815, individually | : | |
| and in their official capacities, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 20th day of September, 2021, after considering the motion for summary judgment filed by the defendants and separately submitted exhibit (Doc. Nos. 80, 83), the plaintiff's response in opposition to the motion for summary judgment (Doc. No. 88), and counsel's arguments during oral argument on March 25, 2021; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1.      The defendants' motion for summary judgment (Doc. No. 80) is **GRANTED**. Summary judgment is **ENTERED** in favor of the defendants and against the plaintiff on all counts in the third amended complaint (Doc. No. 63);

2.      The clerk of court shall **REMOVE** this case from civil suspense and **RETURN** it to the undersigned's active docket; and

3.      The clerk of court shall **MARK** this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.